JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 12-5093-JFW (Ex)**                                             Date:  August 8, 2012

Title:   Mavrix Photo, Inc. -v- Echelon Design Studio, LLC, et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                         None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF DISMISSAL**

    ORDER OF DISMISSAL

    In the Notice of Settlement filed on August 6, 2012, Dkt. No. 11, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before August 22, 2012.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until August 22, 2012.  Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice.

    IT IS SO ORDERED.

Initials of Deputy Clerk  sr

(Rev. 1/31/12)